# United States District Court
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| WENDELL O. REESE and KAREN D. REESE | § § § | |
| v. | § § | CIVIL ACTION NO. 3:19-CV-0799-S-BK |
| WELLS FARGO US HOLDINGS, INC. | § § § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

**SO ORDERED.**

SIGNED February 20, 2020.

_____
**UNITED STATES DISTRICT JUDGE**